### CLARK *v.* THE STATE.

GILBERT, J. This case is controlled by the decision this day rendered in the case of *Towns* v. *State,* ante.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 1612. DECEMBER 11, 1919.

Description as in case next preceding.

*Powell & Lumsden,* for plaintiff in error.

*Clifford Walker,* attorney-general, *J. B. Wall,* solicitor-general, *Jesse Grantham,* and *M. C. Bennet,* contra.